# CASE ANNOUNCEMENTS

*July 1, 2014*

[Cite as *07/01/2014 Case Announcements*, 2014-Ohio-2918.]

## MOTION AND PROCEDURAL RULINGS

**2013–1619.   State v. Mole.**
Cuyahoga App. No. 98900, 2013-Ohio-3131. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of the joint motion of appellant and amicus curiae, the Ohio Attorney General, for divided oral-argument time scheduled for July 9, 2014, it is ordered by the court that the motion is granted. Amicus curiae shall share the time allotted to appellant.

**2014–0497.   State v. McCoy.**
Licking App. No. 14 CA 2. Upon consideration of appellant's motion to supplement, it is ordered by the court that the motion is denied as moot.

**2014–0501.   McCoy v. Stokes.**
Licking App. No. 13–CA–123. Upon consideration of appellant's motion to supplement, it is ordered by the court that the motion is denied as moot.